UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: DUMAIS, PETER G                                   § Case No. 09-75759
       DUMAIS, LISA MARIE                                §
                                                         §
Debtor(s)                                                §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on December 30, 2009. The undersigned trustee was appointed on April 12, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $      4,593.62

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 4.30 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 4,589.32 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 06/22/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,148.41. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $1,148.41, for a total compensation of $1,148.41. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/14/2010      By:/s/STEPHEN G. BALSLEY
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-75759  
**Case Name:** DUMAIS, PETER G  
DUMAIS, LISA MARIE  
**Period Ending:** 07/14/10

**Trustee:** (330410)   STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 12/30/09 (f)  
**§341(a) Meeting Date:** 02/04/10  
**Claims Bar Date:** 06/22/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1311 Deer Run Trail Sandwich,<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 187,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | Rental property at 2459 Frost Dr., Aurora, IL 60<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 150,000.00 | 9,939.00 | DA | 0.00 | FA |
| 3 | Cash on hand.<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | Castle bank checking account<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Earth Movers Credit Union savings account in ban<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 50.72 | 0.00 | DA | 0.00 | FA |
| 6 | Household goods and furnishings audio, video, an<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | Wearing apparel<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Metropolitan Life Insurance whole life policy in<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 42,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1998 Ford F-150<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2003 Ford F-150<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 6,650.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2007 Ford Mustang<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 11,325.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2009 Ford Fusion<br>Orig. Asset Memo: Imported from original petition | 14,525.00 | 0.00 | DA | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-75759
**Case Name:** DUMAIS, PETER G
DUMAIS, LISA MARIE
**Period Ending:** 07/14/10

**Trustee:** (330410) STEPHEN G. BALSLEY
**Filed (f) or Converted (c):** 12/30/09 (f)
**§341(a) Meeting Date:** 02/04/10
**Claims Bar Date:** 06/22/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Doc# 1 |  |  |  |  |  |
| 13 | TAX REFUNDS (u) | 4,593.00 | 4,593.00 | DA | 4,593.00 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 0.62 | FA |
| 14 | Assets Totals (Excluding unknown values) | $420,193.72 | $14,532.00 |  | $4,593.62 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** July 7, 2010        **Current Projected Date Of Final Report (TFR):** July 14, 2010 (Actual)

Printed: 07/14/2010 10:19 AM    V.12.08

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-75759 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | DUMAIS, PETER G | | Bank Name: | The Bank of New York Mellon |
| | DUMAIS, LISA MARIE | | Account: | 9200-******56-65 - Money Market Account |
| Taxpayer ID #: | **-***7333 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 07/14/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/23/10 | {13} | Peter and Lisa Dumais | Non-Exempt portion of debtors 2009 income tax refund | 1224-000 | 4,593.00 | | 4,593.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.03 | | 4,593.03 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.27 | | 4,593.30 |
| 06/07/10 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/07/2010 FOR CASE #09-75759 | 2300-000 | | 4.30 | 4,589.00 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.27 | | 4,589.27 |
| 07/07/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.05 | | 4,589.32 |
| 07/07/10 | | To Account #9200******5666 | Transfer to Closed Money Market Account | 9999-000 | | 4,589.32 | 0.00 |
| | | | ACCOUNT TOTALS | | 4,593.62 | 4,593.62 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,589.32 | |
| | | | Subtotal | | 4,593.62 | 4.30 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $4,593.62 | $4.30 | |

{} Asset reference(s)

Printed: 07/14/2010 10:19 AM    V.12.08

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-75759 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | DUMAIS, PETER G | | Bank Name: | The Bank of New York Mellon |
| | DUMAIS, LISA MARIE | | Account: | 9200-******56-66 - Checking Account |
| Taxpayer ID #: | **-***7333 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 07/14/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/07/10 | | From Account #9200******5665 | Transfer to Closed Money Market Account | 9999-000 | 4,589.32 | | 4,589.32 |
| | | | ACCOUNT TOTALS | | 4,589.32 | 0.00 | $4,589.32 |
| | | | Less: Bank Transfers | | 4,589.32 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******56-65 | 4,593.62 | 4.30 | 0.00 |
| Checking # 9200-******56-66 | 0.00 | 0.00 | 4,589.32 |
| | $4,593.62 | $4.30 | $4,589.32 |

{} Asset reference(s)                                                                Printed: 07/14/2010 10:19 AM    V.12.08

| Printed: 07/14/10 10:19 AM | **Claims Distribution Register** | Page: 1 |

### Case: 09-75759   DUMAIS, PETER G

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 1 | 01/20/10 | 100 | Ford Motor Credit Company LLC<br>P O Box 6275<br>Dearborn, MI 48121<br>&lt;4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)&gt;<br>P O Box 6275<br>Dearborn, MI 48121 | 15,193.59 | 0.00 * | 0.00 | 0.00 | 0.00 |
| | | | Claim No. 1 is allowed as a secured claim, but disallowed for purposes of distribution. The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | | | | | |
| | | | Priority 100:   0% Paid | | | | | |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 12/30/09 | 200 | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br>&lt;3110-00   Attorney for Trustee Fees (Trustee Firm)&gt; | 1,318.00 | 1,318.00 | 0.00 | 1,318.00 | 1,318.00 |
| | 12/30/09 | 200 | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108<br>&lt;2100-00   Trustee Compensation&gt; | 1,148.41 | 1,148.41 | 0.00 | 1,148.41 | 1,148.41 |
| | | | Total for Priority 200:   100% Paid | $2,466.41 | $2,466.41 | $0.00 | $2,466.41 | $2,466.41 |
| | | | Total for Admin Ch. 7 Claims: | $2,466.41 | $2,466.41 | $0.00 | $2,466.41 | $2,466.41 |
| **Unsecured Claims:** | | | | | | | | |
| 2 | 03/24/10 | 610 | American Infosource Lp As Agent for<br>World Financial Network National Bank As<br>Gander Mountain Mastercard,PO Box 248872<br>Oklahoma City, OK 73124-8872<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>World Financial Network National Bank As<br>Gander Mountain Mastercard,PO Box 248872<br>Oklahoma City, OK 731248872 | 3,092.17 | 3,092.17 | 0.00 | 3,092.17 | 152.40 |
| 3 | 03/30/10 | 610 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank,c/o Resurgent Capital<br>Services,PO Box 19008<br>Greenville, SC 29602<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>Citibank<br>c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | 912.80 | 912.80 | 0.00 | 912.80 | 44.99 |

(*) Denotes objection to Amount Filed

Printed: 07/14/10 10:19 AM

## Claims Distribution Register

Page: 2

### Case: 09-75759   DUMAIS, PETER G

| Claim # | Date | Pri | Claimant / Proof / \<Category\> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 4 | 03/30/10 | 610 | PYOD LLC its successors and assigns as assignee of Citibank,c/o Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 <7100-00  General Unsecured § 726(a)(2)> Citibank c/o Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 | 997.67 | 997.67 | 0.00 | 997.67 | 49.17 |
| 5 | 04/03/10 | 610 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 <7100-00  General Unsecured § 726(a)(2)> PO Box 15145 Wilmington, DE 198505145 | 690.99 | 690.99 | 0.00 | 690.99 | 34.06 |
| 6 | 04/06/10 | 610 | Earthmover Cu Po Box 2937 Aurora, IL 60507 <7100-00  General Unsecured § 726(a)(2)> Po Box 2937 Aurora, IL 60507 | 3,748.02 | 3,748.02 | 0.00 | 3,748.02 | 184.73 |
| 7 | 04/22/10 | 610 | Chase Bank USA,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas, TX 75374 <7100-00  General Unsecured § 726(a)(2)> c/o Creditors Bankruptcy Service P O Box 740933 Dallas, TX 75374 | 1,148.41 | 1,148.41 | 0.00 | 1,148.41 | 56.60 |
| 8 | 05/14/10 | 610 | WORLD'S FOREMOST BANK CABELA'S CLUB VISA PO BOX 82609 LINCOLN, NE 68501-2609 <7100-00  General Unsecured § 726(a)(2)> CABELA'S CLUB VISA PO BOX 82609 LINCOLN, NE 685012609 | 3,698.32 | 3,698.32 | 0.00 | 3,698.32 | 182.28 |
| 9 | 05/18/10 | 610 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 <7100-00  General Unsecured § 726(a)(2)> by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 731248809 | 12,907.64 | 12,907.64 | 0.00 | 12,907.64 | 636.17 |

Printed: 07/14/10 10:19 AM                     **Claims Distribution Register**                                Page: 3

Case:  09-75759    DUMAIS, PETER G

| Claim # | Date | Pri | Claimant / Proof / \<Category\> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 10 | 06/04/10 | 610 | Elan Financial Services<br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229<br>\<7100-00  General Unsecured § 726(a)(2)\><br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, OH 452015229 | 8,876.84 | 8,876.84 | 0.00 | 8,876.84 | 437.51 |
| 11 | 06/11/10 | 610 | GE Money Bank dba BASS PRO/GEMB<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131<br>\<7100-00  General Unsecured § 726(a)(2)\><br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | 1,096.13 | 1,096.13 | 0.00 | 1,096.13 | 54.02 |
| 12 | 06/11/10 | 610 | GE Money Bank dba DICK'S SPORTING GOODS/GEMB<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131<br>\<7100-00  General Unsecured § 726(a)(2)\><br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | 2,503.83 | 2,503.83 | 0.00 | 2,503.83 | 123.41 |
| 13 | 06/11/10 | 610 | GE Money Bank dba CARECREDIT/GEMB<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131<br>\<7100-00  General Unsecured § 726(a)(2)\><br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | 1,104.69 | 1,104.69 | 0.00 | 1,104.69 | 54.45 |
| 14 | 06/11/10 | 610 | GE Money Bank dba AMERICAN EAGLE<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131<br>\<7100-00  General Unsecured § 726(a)(2)\><br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | 679.48 | 679.48 | 0.00 | 679.48 | 33.49 |

Printed: 07/14/10 10:19 AM

# Claims Distribution Register

Page: 4

### Case: 09-75759   DUMAIS, PETER G

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 15 | 06/11/10 | 610 | GE Money Bank dba IKEA<br>CONSUMER<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131<br><7100-00  General Unsecured § 726(a)(2)><br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | 532.26 | 532.26 | 0.00 | 532.26 | 26.23 |
| 16 | 06/11/10 | 610 | GE Money Bank dba LOWES<br>CONSUMER<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131<br><7100-00  General Unsecured § 726(a)(2)><br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | 652.34 | 652.34 | 0.00 | 652.34 | 32.15 |
| 17 | 06/11/10 | 610 | GE Money Bank dba JCPENNEY<br>CREDIT SERVICES<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131<br><7100-00  General Unsecured § 726(a)(2)><br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | 431.19 | 431.19 | 0.00 | 431.19 | 21.25 |
| | | | Total for Priority 610:   4.92866% Paid | $43,072.78 | $43,072.78 | $0.00 | $43,072.78 | $2,122.91 |
| | | | Total for Unsecured Claims: | $43,072.78 | $43,072.78 | $0.00 | $43,072.78 | $2,122.91 |
| | | | Total for Case : | $60,732.78 | $45,539.19 | $0.00 | $45,539.19 | $4,589.32 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-75759
Case Name: DUMAIS, PETER G
Trustee Name: STEPHEN G. BALSLEY

Claims of secured creditors will be paid as follows:

*Claimant*                                                  *Proposed Payment*
                         N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | STEPHEN G. BALSLEY | $ 1,148.41 | $ |
| *Attorney for trustee* | Barrick, Switzer, Long, Balsley & Van Evera | $ 1,318.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                *Fees*             *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,072.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.9 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2 | American Infosource Lp As Agent for | $ 3,092.17 | $ 152.40 |
| 3 | PYOD LLC its successors and assigns as assignee of | $ 912.80 | $ 44.99 |
| 4 | PYOD LLC its successors and assigns as assignee of | $ 997.67 | $ 49.17 |
| 5 | Chase Bank USA, N.A. | $ 690.99 | $ 34.06 |
| 6 | Earthmover Cu | $ 3,748.02 | $ 184.73 |
| 7 | Chase Bank USA,N.A | $ 1,148.41 | $ 56.60 |
| 8 | WORLD'S FOREMOST BANK | $ 3,698.32 | $ 182.28 |
| 9 | Fia Card Services, NA/Bank of America | $ 12,907.64 | $ 636.17 |
| 10 | Elan Financial Services | $ 8,876.84 | $ 437.51 |
| 11 | GE Money Bank dba BASS PRO/GEMB | $ 1,096.13 | $ 54.02 |

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 12 | GE Money Bank dba DICK'S SPORTING GOODS/GEMB | $ 2,503.83 | $ 123.41 |
| 13 | GE Money Bank dba CARECREDIT/GEMB | $ 1,104.69 | $ 54.45 |
| 14 | GE Money Bank dba AMERICAN EAGLE | $ 679.48 | $ 33.49 |
| 15 | GE Money Bank dba IKEA CONSUMER | $ 532.26 | $ 26.23 |
| 16 | GE Money Bank dba LOWES CONSUMER | $ 652.34 | $ 32.15 |
| 17 | GE Money Bank dba JCPENNEY CREDIT SERVICES | $ 431.19 | $ 21.25 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**