## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: DUMAIS, PETER G                                    §    Case No. 09-75759

      DUMAIS, LISA MARIE                             §

                                                             §

     Debtor(s)                                                          §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

     STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $420,193.72                     Assets Exempt: $52,250.72
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,122.91 ✓       Claims Discharged
                                                     Without Payment: $66,511.71

Total Expenses of Administration: $2,470.71 ✓

---

     3) Total gross receipts of $ 4,593.62 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,593.62
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $436,467.00 | $15,193.59 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,470.71 | 2,470.71 | 2,470.71 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 65,871.84 | 43,072.78 | 43,072.78 | 2,122.91 |
| **TOTAL DISBURSEMENTS** | $502,338.84 | $60,737.08 | $45,543.49 | $4,593.62 |

4) This case was originally filed under Chapter 7 on December 30, 2009. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/14/2010          By: /s/STEPHEN G. BALSLEY
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUNDS | 1224-000 | 4,593.00 |
| Interest Income | 1270-000 | 0.62 |
| **TOTAL GROSS RECEIPTS** | | **$4,593.62** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 4110-000 | 15,735.00 | 15,193.59 | 0.00 | 0.00 |
| NOTFILED | Ocwenloans | 4110-000 | 36,511.00 | N/A | N/A | 0.00 |
| NOTFILED | Gmac Mortgage | 4110-000 | 56,336.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 4110-000 | 199,353.00 | N/A | N/A | 0.00 |
| NOTFILED | Frd Motor Cr | 4110-000 | 24,982.00 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage Inc | 4110-000 | 103,550.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$436,467.00** | **$15,193.59** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,148.41 | 1,148.41 | 1,148.41 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,318.00 | 1,318.00 | 1,318.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 4.30 | 4.30 | 4.30 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,470.71 | 2,470.71 | 2,470.71 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | American Infosource Lp As Agent for | 7100-000 | 2,756.00 | 3,092.17 | 3,092.17 | 152.40 |
| 3 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 772.00 | 912.80 | 912.80 | 44.99 |
| 4 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 897.00 | 997.67 | 997.67 | 49.17 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 596.00 | 690.99 | 690.99 | 34.06 |
| 6 | Earthmover Cu | 7100-000 | 3,530.00 | 3,748.02 | 3,748.02 | 184.73 |
| 7 | Chase Bank USA,N.A | 7100-000 | 1,063.00 | 1,148.41 | 1,148.41 | 56.60 |
| 8 | WORLD'S FOREMOST BANK | 7100-000 | 3,437.00 | 3,698.32 | 3,698.32 | 182.28 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | Fia Card Services, NA/Bank of America | 7100-000 | 12,365.00 | 12,907.64 | 12,907.64 | 636.17 |
| 10 | Elan Financial Services | 7100-000 | 8,415.00 | 8,876.84 | 8,876.84 | 437.51 |
| 11 | GE Money Bank dba BASS PRO/GEMB | 7100-000 | 1,034.00 | 1,096.13 | 1,096.13 | 54.02 |
| 12 | GE Money Bank dba DICK'S SPORTING GOODS/GEMB | 7100-000 | 2,425.00 | 2,503.83 | 2,503.83 | 123.41 |
| 13 | GE Money Bank dba CARECREDIT/GEMB | 7100-000 | 1,085.00 | 1,104.69 | 1,104.69 | 54.45 |
| 14 | GE Money Bank dba AMERICAN EAGLE | 7100-000 | 627.00 | 679.48 | 679.48 | 33.49 |
| 15 | GE Money Bank dba IKEA CONSUMER | 7100-000 | 419.00 | 532.26 | 532.26 | 26.23 |
| 16 | GE Money Bank dba LOWES CONSUMER | 7100-000 | 551.00 | 652.34 | 652.34 | 32.15 |
| 17 | GE Money Bank dba JCPENNEY CREDIT SERVICES | 7100-000 | 338.00 | 431.19 | 431.19 | 21.25 |
| NOTFILED | Citibank N A | 7100-000 | 5,317.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank N A | 7100-000 | 6,466.00 | N/A | N/A | 0.00 |
| NOTFILED | Lakewood Valley HOA C/O Foster Premier Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Macysdsnb | 7100-000 | 3,081.99 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/mnrds | 7100-000 | 144.85 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/mnrds | 7100-000 | 614.00 | N/A | N/A | 0.00 |
| NOTFILED | Earthmovers Cu | 7100-000 | 3,794.00 | N/A | N/A | 0.00 |
| NOTFILED | Exxmblciti | 7100-000 | 1,770.00 | N/A | N/A | 0.00 |
| NOTFILED | Earthmover Cu | 7100-000 | 4,374.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 65,871.84 | 43,072.78 | 43,072.78 | 2,122.91 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-75759

**Case Name:** DUMAIS, PETER G
DUMAIS, LISA MARIE

**Period Ending:** 12/14/10

**Trustee:** (330410)   STEPHEN G. BALSLEY

**Filed (f) or Converted (c):** 12/30/09 (f)

**§341(a) Meeting Date:** 02/04/10

**Claims Bar Date:** 06/22/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1311 Deer Run Trail Sandwich,<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 187,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | Rental property at 2459 Frost Dr., Aurora, IL 60<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 150,000.00 | 9,939.00 | DA | 0.00 | FA |
| 3 | Cash on hand.<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | Castle bank checking account<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Earth Movers Credit Union savings account in ban<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 50.72 | 0.00 | DA | 0.00 | FA |
| 6 | Household goods and furnishings audio, video, an<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | Wearing apparel<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Metropolitan Life Insurance whole life policy in<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 42,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1998 Ford F-150<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2003 Ford F-150<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 6,650.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2007 Ford Mustang<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 11,325.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2009 Ford Fusion<br>Orig. Asset Memo: Imported from original petition | 14,525.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 09-75759 | Trustee: | (330410) | STEPHEN G. BALSLEY |
|---|---|---|---|---|
| Case Name: | DUMAIS, PETER G | Filed (f) or Converted (c): | 12/30/09 (f) | |
| | DUMAIS, LISA MARIE | §341(a) Meeting Date: | 02/04/10 | |
| Period Ending: 12/14/10 | | Claims Bar Date: | 06/22/10 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | Doc# 1 | | | | | |
| 13 | TAX REFUNDS (u) | 4,593.00 | 4,593.00 | DA | 4,593.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.62 | FA |
| 14 | **Assets**   Totals (Excluding unknown values) | **$420,193.72** | **$14,532.00** | | **$4,593.62** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     July 7, 2010          **Current Projected Date Of Final Report (TFR):**     July 14, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-75759 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | DUMAIS, PETER G | | Bank Name: | The Bank of New York Mellon |
| | DUMAIS, LISA MARIE | | Account: | 9200-******56-65 - Money Market Account |
| Taxpayer ID #: | **-***7333 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 12/14/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/23/10 | {13} | Peter and Lisa Dumais | Non-Exempt portion of debtors 2009 income tax refund | 1224-000 | 4,593.00 | | 4,593.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.03 | | 4,593.03 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.27 | | 4,593.30 |
| 06/07/10 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/07/2010 FOR CASE #09-75759 | 2300-000 | | 4.30 | 4,589.00 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.27 | | 4,589.27 |
| 07/07/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.05 | | 4,589.32 |
| 07/07/10 | | To Account #9200******5666 | Transfer to Closed Money Market Account | 9999-000 | | 4,589.32 | 0.00 |

|  | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 4,593.62 | 4,593.62 | $0.00 |
| Less: Bank Transfers | 0.00 | 4,589.32 | |
| Subtotal | 4,593.62 | 4.30 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $4,593.62 | $4.30 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-75759 |
| Case Name: | DUMAIS, PETER G |
| | DUMAIS, LISA MARIE |
| Taxpayer ID #: | **-***7333 |
| Period Ending: | 12/14/10 |

| | |
|---|---|
| Trustee: | STEPHEN G. BALSLEY (330410) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******56-66 - Checking Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/07/10 | | From Account #9200******5665 | Transfer to Closed Money Market Account | 9999-000 | 4,589.32 | | 4,589.32 |
| 09/01/10 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,318.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,318.00 | 3,271.32 |
| 09/01/10 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,148.41, Trustee Compensation; Reference: | 2100-000 | | 1,148.41 | 2,122.91 |
| 09/01/10 | 103 | American Infosource Lp As Agent for | Dividend paid 4.92% on $3,092.17; Claim# 2; Filed: $3,092.17; Reference: | 7100-000 | | 152.40 | 1,970.51 |
| 09/01/10 | 104 | PYOD LLC its successors and assigns as assignee of | Dividend paid 4.92% on $912.80; Claim# 3; Filed: $912.80; Reference: | 7100-000 | | 44.99 | 1,925.52 |
| 09/01/10 | 105 | PYOD LLC its successors and assigns as assignee of | Dividend paid 4.92% on $997.67; Claim# 4; Filed: $997.67; Reference: | 7100-000 | | 49.17 | 1,876.35 |
| 09/01/10 | 106 | Chase Bank USA, N.A. | Dividend paid 4.92% on $690.99; Claim# 5; Filed: $690.99; Reference: | 7100-000 | | 34.06 | 1,842.29 |
| 09/01/10 | 107 | Earthmover Cu | Dividend paid 4.92% on $3,748.02; Claim# 6; Filed: $3,748.02; Reference: | 7100-000 | | 184.73 | 1,657.56 |
| 09/01/10 | 108 | Chase Bank USA,N.A | Dividend paid 4.92% on $1,148.41; Claim# 7; Filed: $1,148.41; Reference: | 7100-000 | | 56.60 | 1,600.96 |
| 09/01/10 | 109 | WORLD'S FOREMOST BANK | Dividend paid 4.92% on $3,698.32; Claim# 8; Filed: $3,698.32; Reference: | 7100-000 | | 182.28 | 1,418.68 |
| 09/01/10 | 110 | Fia Card Services, NA/Bank of America | Dividend paid 4.92% on $12,907.64; Claim# 9; Filed: $12,907.64; Reference: | 7100-000 | | 636.17 | 782.51 |
| 09/01/10 | 111 | Elan Financial Services | Dividend paid 4.92% on $8,876.84; Claim# 10; Filed: $8,876.84; Reference: | 7100-000 | | 437.51 | 345.00 |
| 09/01/10 | 112 | GE Money Bank dba BASS PRO/GEMB | Dividend paid 4.92% on $1,096.13; Claim# 11; Filed: $1,096.13; Reference: | 7100-000 | | 54.02 | 290.98 |
| 09/01/10 | 113 | GE Money Bank dba DICK'S SPORTING GOODS/GEMB | Dividend paid 4.92% on $2,503.83; Claim# 12; Filed: $2,503.83; Reference: | 7100-000 | | 123.41 | 167.57 |
| 09/01/10 | 114 | GE Money Bank dba CARECREDIT/GEMB | Dividend paid 4.92% on $1,104.69; Claim# 13; Filed: $1,104.69; Reference: | 7100-000 | | 54.45 | 113.12 |
| 09/01/10 | 115 | GE Money Bank dba AMERICAN EAGLE | Dividend paid 4.92% on $679.48; Claim# 14; Filed: $679.48; Reference: | 7100-000 | | 33.49 | 79.63 |
| 09/01/10 | 116 | GE Money Bank dba IKEA CONSUMER | Dividend paid 4.92% on $532.26; Claim# 15; Filed: $532.26; Reference: | 7100-000 | | 26.23 | 53.40 |
| 09/01/10 | 117 | GE Money Bank dba LOWES CONSUMER | Dividend paid 4.92% on $652.34; Claim# 16; Filed: $652.34; Reference: | 7100-000 | | 32.15 | 21.25 |
| 09/01/10 | 118 | GE Money Bank dba JCPENNEY CREDIT SERVICES | Dividend paid 4.92% on $431.19; Claim# 17; Filed: $431.19; Reference: | 7100-000 | | 21.25 | 0.00 |

Subtotals :    $4,589.32    $4,589.32

{} Asset reference(s)

Printed: 12/14/2010 12:45 PM    V.12.54

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-75759 | |
| **Case Name:** | DUMAIS, PETER G | |
| | DUMAIS, LISA MARIE | |
| **Taxpayer ID #:** | **-***7333 | |
| **Period Ending:** | 12/14/10 | |

| | |
|---|---|
| **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******56-66 - Checking Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | ACCOUNT TOTALS | | 4,589.32 | 4,589.32 | $0.00 |
| | | | Less: Bank Transfers | | 4,589.32 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 4,589.32 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $4,589.32 | |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******56-65 | 4,593.62 | 4.30 | 0.00 |
| Checking # 9200-******56-66 | 0.00 | 4,589.32 | 0.00 |
| | $4,593.62 | $4,593.62 | $0.00 |